In the Matter of Proving the Last Will and Testament of SHERMAN GOODSELL, Deceased. ELSIE C. GALE and Another, Appellants; CHARLES S. WILBUR, Executor, etc., Respondent.— Decree and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRESIDENT AND TRUSTEES OF THE INCORPORATED VILLAGE OF WALTON, DELAWARE COUNTY, and Twenty-six Citizens and Property Owners of Said Village, Relators, v. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT OF NEW YORK, and WALTON PEOPLE'S TELEPHONE COMPANY, INCORPORATED, Defendants.— Determination unanimously confirmed, without costs. (See 182 App. Div. 904; 185 id. 918.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE METHODIST EPISCOPAL UNION OF BUFFALO and Others, Appellants, v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND SAMPSON, Alias EDWARD J. FARLEY, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JEROME WOOD and ANNA WOOD, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN COLLINS, Appellant, v. JOHN B. TROMBLY, Agent and Warden of Clinton Prison, Respondent.— Order unanimously affirmed, without costs.

CHARLOTTE J. STOEPEL, Respondent, v. ARTHUR T. STOEPEL, Appellant. — Order reversed and motion denied, without costs, on the authority of *Lake* v. *Lake* (194 N. Y. 179); *Myron* v. *Myron* (167 App. Div. 895); *Brand* v. *Brand* (179 id. 894), without prejudice to the right to renew the motion. All concurred.

M. JOSEPHINE SIEGFREID, Appellant, v. ANDREW J. TRACY, Respondent, Impleaded with MARY GRAF, Individually and as Administratrix, etc., and Another, Defendants.— Judgment unanimously affirmed, with costs.

HOWARD STREETER, Respondent, v. EUGENE N. FOSS, Appellant.— Judgment and order reversed, on the ground that the damages are excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $10,000, in which event the judgment is so modified and as so modified judgment and order affirmed, without costs to either party. All concurred.

ISABELLE SMITH, Respondent, v. ALBERT S. COHEN, Appellant.— Judgment and order unanimously affirmed, with costs.

EDGAR D. STARBUCK, Respondent, v. GREAT EASTERN CASUALTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. H. T. Kellogg, J., not sitting.

MAY B. BECKHORN, as Administratrix, etc., of DANIEL S. BECKHORN, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion granted, by default.